JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

REANNA VENERACION,

      Plaintiff,

  v.

PENTAGON FEDERAL CREDIT UNION,

      Defendants.

Case No. 2:25-cv-05910-AB (SKx)

**ORDER DISMISSING CIVIL ACTION**

    The Court has been advised that this action has been settled.

    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 22, 2025

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE